## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**JOHN P. HICKS,**

        **Plaintiff,**

**-vs-**                               **Case No.  3:08-cv-0056**

**A.G. WAGNER, et al.,**

                                          **District Judge Thomas M. Rose**

        **Defendant**

_____

### ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. #6) AND ADOPTING REPORT AND RECOMMENDATIONS (DOC. #5)

_____

This matter is before the Court pursuant to Objections (Doc. #6) filed by Plaintiff John P. Hicks, on July 31, 2008, to the Report and Recommendations (Doc. #5) of Magistrate Judge Sharon L. Ovington, filed July 16, 2008.

The Court has reviewed the comprehensive findings of the Magistrate Judge and purrsuant to 28 U.S.C. §636(b) and Fed. R. Civ. P. 72(b), this District Judge has made a de novo review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. #6) are not well taken and are hereby OVERRULED.

Accordingly, the Chief Magistrate Judge's Report and Recommendations (Doc. #5) are ADOPTED in their entirety.

IT IS ORDERED and ADJUDGED that Plaintiff's Objections (Doc. #6) are DENIED.

IT IS SO ORDERED.

August 1, 2008                                          *S/THOMAS M. ROSE

 

                                                                                               _____
                                                                                                   THOMAS M. ROSE
                                                                        UNITED STATES DISTRICT JUDGE